1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7
8

## EASTERN DISTRICT OF CALIFORNIA

9  RODERICK WASHINGTON,                    CASE NO. 1:08-cv-805- LJO DLB  PC

10                        Plaintiff,       ORDER DISMISSING ACTION WITHOUT
                                           PREJUDICE
11          v.
                                           (Doc. 1)
12  DARREL G. ADAMS, et al.,

13                        Defendants.

14  _____/

15
16      Plaintiff Roderick Washington ("plaintiff") is a former state prisoner proceeding pro se.

17  Plaintiff submitted a civil rights complaint concerning his incarceration at Corcoran State Prison.

18  This action was opened on June 6, 2008, in error and in contravention of the Prefiling Order in place.

19      Plaintiff is subject to a Prefiling Order issued on March 26, 2003, in case number 1:99-cv-

20  06590-OWW-LJO PC Washington v. Early.  Pursuant to the Order, plaintiff is enjoined from filing

21  suit in this district unless he either (1) pays the $350.00 filing fee in full at the time he files suit or

22  (2) makes an evidentiary showing, with documentation, that he is in imminent danger of serious

23  physical injury. 28 U.S.C. § 1915(g).[1]  Any documents submitted by plaintiff that do not make this

24  showing are to be returned to plaintiff and no civil action is to be opened.

25      This action was not accompanied by the $350.00 filing fee and was opened in error prior to

26
27  [1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if
the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or
appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state
28  a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."
Plaintiff is subject to both section 1915(g) and this Court's Prefiling Order.

a prefiling review by a judge.  Plaintiff's complaint has been reviewed and they do not meet the requirements of the Prefiling Order.  Specifically, plaintiff has made no showing supported by evidence that he is under imminent danger of serious physical injury as required by the Prefiling Order, particularly since it appears that plaintiff is no longer is incarcerated.

Accordingly, it is HEREBY ORDERED that:

1.    This action is DISMISSED, without prejudice, pursuant to the Prefiling Order; and

2.    The Clerk is directed to return the documents submitted to plaintiff.

IT IS SO ORDERED.

**Dated:    June 19, 2008                        /s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE